

CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
SAM GRIFFITH
DIANE DEVASTO

**TWELFTH COURT OF APPEALS**

CLERK
CATHY S. LUSK

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

Wednesday, October 12, 2005

Mr. Jeff Barnhill
Zeleskey, Cornelius, Hallmark,
Roper & Hicks, LLP
P. O. Drawer 1728
Lufkin, TX 75902-1728

Mr. W. Stephen Shires
Shires & Mettauer
116 Tenaha Street
P. O. Box 2016
Center, TX 75935

RE:   Case Number:          12-04-00302-CV
       Trial Court Case Number:  03CV-27749

Style:  Richard Malatt
       v.
       C & R Refrigeration

Enclosed is a copy of the Opinion issued this date in the above styled and numbered cause. Also enclosed is a copy of the Court's judgment.

Very truly yours,

CATHY S. LUSK, CLERK

By: *Katrina McClenny*
       Katrina McClenny, Chief Deputy Clerk

CC:     Hon. Charles R. Mitchell
        Hon. John Ovard
        Ms. Marsha Singletary